1  Monica Perales
   Attorney at Law: 297739
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel: (562)437-7006
   Fax: (562)432-2935
4  E-Mail: rohlfing.office@rohlfinglaw.com
   Attorneys for Plaintiff
5  MICHAEL WADE CURL

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | MICHAEL WADE CURL | ) No.  2:15-cv-02088-CKD (TEMP)
   |                   | )
12 |      Plaintiff,   | ) STIPULATION AND ORDER TO EXTEND
   | v.                | ) TIME
13 |                   | )
   | CAROLYN W. COLVIN, Acting | )
14 | Commissioner of Social Security. | )
   |                   | )
15 |      Defendant.   | )
   |                   | )
16 |_____| )

17     Plaintiff Michael Wade Curl and Defendant Carolyn W. Colvin, Acting Commissioner of

18 Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to

19 extend the time by 7 days from June 6, 2016 to June 13, 2016 for Plaintiff to file a Opening

20 Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases

21 extended accordingly. This is Plaintiff's first request for an extension.

22 This request is made at the request of Plaintiff's counsel to allow additional time to fully research

23 the issues presented. Additionally, Plaintiff's counsel's mother has a scheduled procedure this

24 week requiring counsel's immediate attention.

25 /////

26

1 | DATE: June 6, 2016    Respectfully submitted,

2 | LAWRENCE D. ROHLFING

3 | /s/ *Monica Perales*
BY: _____

4 | Monica Perales

5 | Attorney for plaintiff Mr. Michael Wade Curl

6 |

7 | DATE:  June 6, 2016    PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL

8 | Acting Regional Chief Counsel, Region IX
Social Security Administration

9 |

10 |

11 | /s/ *Jennifer A. Kenney*
BY: _____
Jennifer A. Kenney

12 | Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin

13 | |*authorized by e-mail|

14 |

15 | **ORDER**

16 | Pursuant to the parties' stipulation, IT IS SO ORDERED.

17 | Dated:  June 13, 2016

18 | _____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

24 | BVD/curl2088.stip.eot.ord