1  PHILLIP A. TALBERT
Acting United States Attorney
2  DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
3  Social Security Administration
JENNIFER A. KENNEY, CSBN 241625
4  Special Assistant United States Attorney
5         160 Spear Street, Suite 800
       San Francisco, California 94105
6         Telephone: (415) 977-8945
       Facsimile: (415) 744-0134
7         E-Mail: jennifer.a.kenney@ssa.gov
8
9  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL CURL, | ) No. 2:15-cv-02088-CKD (TEMP) |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR A FIRST |
| | ) EXTENSION OF 45 DAYS FOR |
| vs. | ) DEFENDANT TO RESPOND TO |
| | ) PLAINTIFF'S MOTION FOR SUMMARY |
| CAROLYN W. COLVIN, | ) JUDGMENT AND FILE ITS CROSS- |
| Commissioner of Social Security, | ) MOTION FOR SUMMARY JUDGMENT |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 45 days to respond to Plaintiff's Motion for Summary Judgment and file her Cross-Motion for Summary Judgment. This extension is requested due to Defendant's counsel's exceptionally heavy workload. In particular, Defendant's counsel has another district court brief due the same day as in the instant case, a third district court brief due the next day, and is preparing for litigation of an employment law matter scheduled for hearing in August. The current due date for Defendant's Cross-Motion for Summary Judgment is July 13, 2016. The new due date will be August 27, 2016.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1

Respectfully submitted,

Dated: July 13, 2016                    */s/ Monica Perales\**
                                        (*as authorized by email on Jul. 12, 2016)
                                        MONICA PERALES
                                        Attorney for Plaintiff


Dated: July 13, 2016                    PHILLIP A. TALBERT
                                        Acting United States Attorney
                                        DEBORAH LEE STACHEL
                                        Acting Regional Chief Counsel, Region IX,
                                        Social Security Administration

                            By:    */s/ Jennifer A. Kenney*
                                        JENNIFER A. KENNEY
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant


## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  July 18, 2016

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

BVD/curl2088.stip.eot2.ord

2