PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: jennifer.a.kenney@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL CURL, | ) No. 2:15-cv-02088-DB |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR A FIRST |
| | ) EXTENSION OF 14 DAYS FOR |
| vs. | ) DEFENDANT TO RESPOND TO |
| | ) PLAINTIFF'S MOTION FOR SUMMARY |
| CAROLYN W. COLVIN, | ) JUDGMENT AND FILE ITS CROSS- |
| Commissioner of Social Security, | ) MOTION FOR SUMMARY JUDGMENT |
| | ) |
| Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a second extension of time of 14 days to respond to Plaintiff's Motion for Summary Judgment and file her Cross-Motion for Summary Judgment. This extension is requested due to Defendant's counsel experiencing a sudden and unanticipated medical issue that requires surgery. The current due date for Defendant's Cross-Motion for Summary Judgment is August 29, 2016. The new due date will be September 12, 2016.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

/////

Respectfully submitted,

Dated: August 29, 2016

*/s/ Monica Perales\**
(*as authorized by email on Aug. 29, 2016)
MONICA PERALES
Attorney for Plaintiff

Dated: August 29, 2016

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX,
Social Security Administration

By:  */s/ Jennifer A. Kenney*
JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: September 1, 2016

[signature]
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6

2